IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY FIELDS and : | |
| RUSSELL KING : | |
| : | CIVIL ACTION |
| v. : | |
| : | NOS. 14-2491, 14-4493 |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY : | |

### O R D E R

**AND NOW**, this  31st  day of    July   , 2015, upon consideration of Defendant's Motion for Partial Summary Judgment (ECF No. 16), and all papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1.   Defendant's Motion is **GRANTED**;

2.   **JUDGMENT** is entered in favor of Defendant and against Plaintiff Russell King on all claims;

3.   **JUDGMENT** is entered in favor of Defendant and against Plaintiff Terry Fields on Plaintiff's claims for compensatory and punitive damages only;

4.   Defendant's Motion *in Limine* (ECF No. 19) is **DISMISSED** as moot;

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**